UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL MCDANIELS,

Plaintiff,

v.

VICKY DAVIS FARR BISSEL,

Defendant.

Case No. 18-cv-06276-KAW

**ORDER TO SHOW CAUSE**

On October 12, 2018, Plaintiff Gabriel McDaniels filed the instant case, as well as a motion to proceed in forma pauperis ("IFP application"). (Dkt. Nos. 1, 2.) On October 24, 2018, the Court denied IFP application because the IFP application was incomplete. (Dkt. No. 5 at 1.) The Court gave Plaintiff until November 9, 2018 to file an amended IFP application or pay the filing fee. (*Id.*)

As of the date of this order, Plaintiff has failed to file an amended IFP application or pay the filing fee.[1] Accordingly, the Court ORDERS Plaintiff to show cause, by **December 6, 2018**, why this case should not be dismissed by: (1) filing an amended IFP application or paying the filing fee, and (2) explaining why Plaintiff failed to comply with the Court's prior order. Failure to respond will result in the Court reassigning this case with the recommendation that it be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: November 20, 2018

KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] The Court notes that on November 2, 2018, Plaintiff filed a "Notice to Use Venue," which appeared to amend his claims. (Dkt. No. 6.)