UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MCDANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICKY DAVIS FARR BISSEL,<br><br>　　　　Defendant. | Case No. 3:18-cv-06276-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 9 |

Plaintiff Gabriel McDaniels filed this case on October 12, 2018. Dkt. No. 1. He subsequently failed to amend his incomplete application to proceed in forma pauperis, pay the filing fee, or respond to a November 20, 2018 order to show cause. Dkt. No. 7. On December 17, 2018, Magistrate Judge Kandis A. Westmore issued a report and recommendation that this case be dismissed for failure to prosecute. Dkt. No. 9. Objections were due by January 3, 2019. As of the date of this Order, no objections have been filed.

I find Judge Westmore's report thorough and correct; I adopt it in every respect. Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 4, 2019

　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　United States District Judge